UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA INGELS, | No. 2:21-cv-01980-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| COURT OF APPEALS OF THE STATE OF CALIFORNIA, 3RD DIST., et al., | |
| Defendants. | |

Plaintiff is proceeding *pro se* with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 12, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. (ECF No. 3.) The fourteen-day period has expired, and Plaintiff has filed objections to the findings and recommendations. (ECF No. 4.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 12, 2022 (ECF No. 3) are ADOPTED in full;

2. Plaintiff's October 26, 2021 Application to Proceed in Forma Pauperis (ECF No. 2) is DENIED;

3. Plaintiff's October 26, 2021 Complaint (ECF No. 1) is DISMISSED without prejudice; and

4. This action is DISMISSED.

**DATED: August 15, 2022**

Troy L. Nunley
United States District Judge